# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

EDDIE GENE EVANS                           CIVIL ACTION NO. 07-1508

VS.                                        SECTION P

MICHAEL THURMER, WARDEN                    JUDGE JAMES
WAUPUN CORRECTIONAL INSTITUTE
WAUPUN, WISCONSIN                          MAGISTRATE JUDGE HAYES

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings are correct under the applicable law,

**IT IS ORDERED** that plaintiff's Application for Writ of *Habeas Corpus* be deemed second and successive. However, the Court declines to dismiss this matter, and, instead, the matter is transferred to the United States Fifth Circuit Court of Appeal for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b)(3)(A).

**MONROE, LOUISIANA,** this 19th day of December, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE